UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| MYRLE S. LEBOEUF, on behalf of herself and others similarly situated, | Civil Action No.: 2:19-cv-00845-WBV-JVM |
| Plaintiff, | Section "D" |
| v. | Division "1" |
| FORSTER & GARBUS LLP, | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Myrle S. Leboeuf ("Plaintiff"), by and through her undersigned counsel, respectfully requests that this Court finally approve the parties' class action settlement. In support thereof, Plaintiff states as follows:

1. Plaintiff filed her class action complaint against Forster & Garbus LLP ("Defendant") on February 4, 2019, alleging violations of section 1692g(b) of the Fair Debt Collection Practices Act ("FDCPA") with respect to initial debt collection letters that Defendant sent to consumers in the state of Louisiana.

2. In particular, Plaintiff alleges that Defendant violated the FDCPA by demanding payment in a time period prior to the expiration of the FDCPA's statutory validation window. Defendant denies any liability, or that its letters or practices violated the FDCPA.

3. Notwithstanding, following written discovery, motion practice and arm's-length settlement negotiations, the parties reached a class action settlement agreement.

4. As memorialized in the parties' agreement, ECF No. 46-2 at 6-19, Defendant will create a settlement fund for the benefit of the settlement class in the amount of $7,500 to be distributed pro-rata to participating class members. Significantly, the class's recovery here equals the maximum statutory damages allowed under the FDCPA, which are capped at 1% of Defendant's net worth.

5. Defendant also will pay—separate and apart from the payments to class members, and subject to Court approval—(i) full statutory damages of $1,000 to Plaintiff; (ii) class counsel's attorneys' fees and expenses in the agreed total amount of $45,000; and (iii) the cost of administering the settlement and providing direct mail notice to all class members.

6. As well, Defendant also has ceased using the form of initial debt collection letter that gave rise to this litigation.

7. Pursuant to this Court's order preliminarily approving the settlement, ECF No. 47, First Class, Inc., the court-approved settlement administrator, disseminated direct mail notice to each class member.

8. No class members objected to the settlement, and no class members sought exclusion from the settlement.

9. As a result, each participating class member will receive $26.22.

10. As the settlement is fair, reasonable and adequate, Plaintiff respectfully requests that this Court grant final approval to the parties' agreement.

WHEREFORE, for the reasons stated herein and as set forth in the accompanying memorandum of law, Plaintiff respectfully requests that this Court grant her unopposed motion for final approval of the class action settlement, and enter the proposed order submitted herewith.

Dated: May 27, 2020                 Respectfully submitted,

                                          /s/ *James L. Davidson*
                                          James L. Davidson (pro hac vice)
                                          Trial Attorney
                                          Florida Bar No. 723371
                                          Greenwald Davidson Radbil PLLC
                                          7601 N. Federal Highway, Suite A-230
                                          Boca Raton, FL 33487
                                          Tel: (561) 826-5477
                                          jdavidson@gdrlawfirm.com

                                          Class Counsel

                                          Katherine Z. Crouch
                                          Crouch Law, LLC
                                          2372 St. Claude Avenue, Suite 224
                                          New Orleans, LA 70117
                                          Tel: (504) 982-6995
                                          Fax: (888) 364-5882
                                          katherine.crouch@crouchlawnola.com

                                          Local Counsel for Plaintiff and the class

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, I filed the foregoing using the Court's CM/ECF system, which will provide notice all counsel of record.

                                          /s/ *James L. Davidson*
                                          James L. Davidson (pro hac vice)