MINUTE ENTRY
VITTER, J.
JULY 2, 2020
JS10 - 00:51

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MYRLE S. LEBOEUF, on behalf of herself           CIVIL DOCKET
and others similarly situated

VERSUS                                           NO. 19-845

FORSTER & GARBUS LLP                             SECTION: D (1)

**VIDEOCONFERENCE MOTION HEARING**

COURTROOM DEPUTY:   Melissa Verdun
COURT REPORTER:     Sandy Minutillo
LAW CLERK:          Derbigny Daroca

APPEARANCES:        Katherine Crouch and James Davidson, Counsel for plaintiffs
                    Ashley Belleau, Counsel for defendant

Court begins at 10:32 a.m.
Case called; all present and ready.
All parties consent to proceed by video conference for these proceedings on the Motion for Final Approval of Class Action Settlement, rec. doc. 53.
Court provides a synopsis of the case.
Court asks Case Manager, Melissa Verdun if any inquiries or objections regarding the proposed settlement were received by the Clerk's Office and if such inquires would have been referred to her. The Case Manager stated that she is unaware of any inquires or objections and if any were received by the Clerk's Office, they would have been referred to her for handling.
Plaintiff states there were no objections from any class members, notices were mailed out to potential class members, government agencies, etc. and there were no objections by any parties. No potential class members opted-out so they are all part of this settlement.
Plaintiff explains the settlement agreement to the Court.
Plaintiff states that an agreement was made regarding attorneys' fees pending the Court's approval of the Motion for Attorney Fees, rec. doc. 54.
Defendant states that it does not have any objection to the settlement.
The Court makes specific findings that the proposed settlement is fair, reasonable, and adequate under Fifth Circuit precedent.
IT IS ORDERED that the Plaintiff's Motion for Final Approval of Class Action Settlement, rec. doc. 53, is **GRANTED**.
Both Plaintiff and Defendant state that they have agreed upon the amount of attorneys' fees to be ordered in this matter.
IT IS FURTHER ORDERED that the Plaintiff's Motion for Attorney Fees, rec. doc. 54 is **GRANTED without objection in the amount of $45,000.00**.
Court ends at 11:23 a.m.